UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TODD KREISLER,

    Plaintiff,

-against-

60th STREET RESTAURANT CORP.,
a New York corporation,
d/b/a PATSY'S PIZZERIA, and
P.T.Z. REALTY, L.L.C. a New York
limited liability company,

    Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-10

Civil Action No.: 09 Civ 8618 (JSR)(HP)
ECF CASE

**STIPULATION FOR**
**DISMISSAL WITH PREJUDICE**

    The Plaintiff, TODD KREISLER, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and 60th STREET RESTAURANT CORP., a New York corporation, d/b/a PATSY'S PIZZERIA and P.T.Z. REALTY, L.L.C., a New York limited liability company (hereinafter collectively the "Defendants"), by and through their undersigned respective attorneys, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement. All parties shall bear their own costs, attorneys' fees, and expenses other than those specified in said Confidential Settlement Agreement and all parties agree not to file any further motions, of any kind, in this matter.

    Dated this ___1___ day of April, 2010.

Respectfully submitted,

_____
Adam T. Shore, Esq.
Attorney for Plaintiff
Todd Kreisler
15 Bank Street, # 111L
White Plains, New York 10606
(t) 914-329-1626
(f) 914-358-4109
atsesq@gmail.com

_____
John J. Palmeri, Esq.
Palmeri & Gaven, Esqs.
Attorney for Defendants
60th Street Restaurant Corp., and
P.T.Z. Realty Corp.
80 Maiden Lane, Suite 505
New York, New York 10038
(t) 212-608-1717
(f) 212-732-0908
pglaw@palmeri-gaven.com

SO ORDERED

_____
4-5-10   USDJ